```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

PRESTON L. SCARBROUGH,                :

    Plaintiff,                    :

vs.                                   :

                                              CIVIL ACTION 07-0742-WS-M

MICHAEL J. ASTRUE,                    :
Acting Commissioner of
Social Security,                      :

    Defendant.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the tort and constitutional claims brought by Plaintiff in this action be DISMISSED.

DONE this 3rd day of April, 2008.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE