```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

PRESTON L. SCARBROUGH,            :

    Plaintiff,                    :

vs.                               :
                                    CIVIL ACTION 07-0742-WS-M

MICHAEL J. ASTRUE,                :
Acting Commissioner of
Social Security,                  :

    Defendant.                    :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff as to the tort and constitutional claims which were brought by Plaintiff.

DONE this 3rd day of April, 2008.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE