IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REV. PRESTON L. SCARBROUGH,** | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 07-0742-WS-M |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | |
| | : |
| Defendant. | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Preston L. Scarbrough.

**DONE** and **ORDERED** this 3rd day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE